# ORIGINAL

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 2 4 2011

CENTRAL
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Acevedo, Layla DEFENDANT(S). | CASE NUMBER SA 11-256M SA 11-257M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Wednesday 5/25/11___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N. Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___5/24/11___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge