FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Acevedo, Layla

    Defendant.

Case No.: SA 11-256M
         SA 11-257M

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _SD Calif_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Backgrd, cmty ties mostly still unverified; family ties to Mexico; lack of bail resources; alleged new offense involves alias; viable use of_

1 _apparent lack of candor w/ PSA; apparent illegal_
2 _immigration status; prospective deportation_
3 and/or
4 B. (✓) The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 finding is based on _criminal history record, incl 2 prior_
8 _drug traff convs and commission of new offense while under_
9 _supervision_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: _5/25/11_

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE